UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Medical Graphics Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Compumedics Sleep PTY, Limited, and Compumedics Limited, as its successor,<br><br>Defendants. | File No.: CV-01-1617 RHK/JMM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** AND ORDER |

The parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, including counterclaims, with prejudice and on the merits, each party to bear its own costs and fees.

LINDQUIST & VENNUM, P.L.L.P.

Dated: March 27, 2002.

By ______________________
Wallace G. Hilke, #175857
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

ATTORNEYS FOR PLAINTIFF

FULBRIGHT & JAWORSKI P.L.L.P.

Dated: March 27, 2002.

By ______________________
Renee L. Jackson, #222604
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402-4320
(612) 321-2800

ATTORNEYS FOR DEFENDANT

APR 03 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 03 2002
DEPUTY CLERK ______

Doc# 1534101\1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Medical Graphics Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Compumedics Sleep PTY, Limited, and Compumedics Limited, as its successor,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | File No.: CV-01-1617 RHK/JMM<br><br>**ORDER** |

Upon the attached Stipulation, it is HEREBY ORDERED that the above-captioned matter, including counterclaims, is hereby dismissed with prejudice and without an award of costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 4/2, 2002

Richard H. Kyle
Judge of District Court